IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:19-CR-_11_ (CAR) |
| v. | VIOLATION(S): |
| TARUS CANTRELL, and KETRIC HUDSON | 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)(viii)<br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(1)<br>18 U.S.C. § 924(c) |

THE GRAND JURY CHARGES:

## COUNT ONE

### (POSSESSION WITH INTENT DISTRIBUTE METHAMPHETAMINE)

That on or about January 16, 2018, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

### TARUS CANTRELL and KETRIC HUDSON

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of methamphetamine, in excess of 500 grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT TWO

### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about January 16, 2018, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of the Court,

### TARUS CANTRELL and KETRIC HUDSON

defendants herein, aided and abetted by others, both known and unknown to the Grand Jury, did knowingly possess a firearm, to-wit: one Taurus, model PT 140 Millennium G2, .40 caliber firearm, serial # SKS19996, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that it, the offense set forth in Count One of this Indictment, and did knowingly carry said firearm during and in relation to the drug trafficking crimes set forth in Count One, all in violation of Title 18, United States Code, Sections 924(c)(1)(A), and 2.

## COUNT THREE

### (POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about January 16, 2018, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

### TARUS CANTRELL,

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm which had been previously been shipped and transported in interstate and foreign commerce, to-wit: one Taurus, model PT 140 Millennium G2, .40 caliber firearm, serial # SKS19996, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13 day of March, AD 2019.

Deputy Clerk