UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 3:19-CR-11 (CAR) |
| v. : | |
| : | |
| KETRIC HUDSON, : | |
| : | |
| Defendant. : | |

### CHANGE OF PLEA

I, KETRIC HUDSON, having been advised of my constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the court at such time as the Court has considered a pre-sentence report, do now hereby plead **GUILTY** to Count One of the Indictment, this 5th day of May, 2021.

I also acknowledge the fact that the Court is required to consider any applicable sentencing guideline when imposing sentence in this case.

_____
KETRIC HUDSON
DEFENDANT

_____
JOHN MCARTHUR
ATTORNEY FOR DEFENDANT

_____
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY